# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO RICO, | Case No. CV 17-0261 FMO (MRWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| THE PICO PLACE, LLC, et al., | |
| Defendants. | |

On April 10, 2017, after the Clerk entered default as to defendants District on Highland Village, LLC and The Pico Place, LLC, the court issued an Order requiring plaintiff to file a motion for default judgment no later than April 24, 2017. (See Dkt. 20, Court's Order of April 10, 2017). Plaintiff was advised that "failure to file [his] motion for default judgment by the deadline . . . shall result in the action being dismissed without prejudice for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962)." (Court's Order of April 10, 2017, at 1). As of the filing date of this Order, no motion for default judgment has been filed. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and failure to comply with the orders of the court. See Fed. R. Civ. P. 41(b).

Dated this 1st day of May, 2017.

/s/
Fernando M. Olguin
United States District Judge