JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO RICO, | Case No. CV 17-0261 FMO (MRWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE PICO PLACE, LLC, et al., | |
| Defendants. | |

    IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 1st day of May, 2017.

                                               /s/
                                    Fernando M. Olguin
                                  United States District Judge